## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

City of Philadelphia           :
                                   :
           v.                   :
                                   :

Estate of Thomas Labrosciano,  :
Estate of Marie Labrosciano,   :
and Rocco Labrosciano      :
                                   :  No. 1178 C.D. 2017
Appeal of:  Rocco Labrosciano  :

## O R D E R

AND NOW, this 7th day of February, 2019, IT IS HEREBY ORDERED that the above-captioned opinion filed December 18, 2018, shall be designated OPINION rather than MEMORANDUM OPINION and it shall be reported.

_____
CHRISTINE FIZZANO CANNON, Judge